## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ANDREW REID,                                                                                                  PLAINTIFF
ADC #134373

v.                                           5:12CV00338-DPM-JTK

MARK WARNER, et al.                                                       DEFENDANTS

### **ORDER**

Defendant Mark Warner (originally identified as Warrener), through his attorney, has answered and supplied his correct name (Doc. No. 13). The Clerk is directed to change the style of the case to reflect the correct name of this Defendant.

IT IS SO ORDERED this 29th day of April, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE