IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANDREW REID,
ADC #134373                                                                                           PLAINTIFF

v.                             No. 5:12-cv-338-DPM-JTK

MARK WARNER, Deputy Warden,
Cummins Unit, ADC; CRYSTAL
WOODS, Classification Officer,
Cummins Unit, ADC; VERNON
ROBERTSON, Major, Cummins
Unit, ADC                                                                                              DEFENDANTS

ORDER

Reid has not objected to Magistrate Judge Jerome T. Kearney's recommendation. № 21. Finding no legal error nor clear factual error on the face of the record, FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes), the Court adopts Judge Kearney's recommendation. Reid's summary-judgment motion, № 18, is denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

1 July 2013