# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ANDREW REID,
ADC #134373                                                                          PLAINTIFF

No. 5:12-cv-338-DPM-JTK

MARK WARNER
Deputy Warden, Cummins Unit, ADC
(Originally named as Warrener);
CRYSTAL WOODS,
Classification Officer,
Cummins Unit, ADC :
VERNON ROBERTSON,
Major, Cummins Unit, ADC                                                          DEFENDANTS

# ORDER

1.  This case is scheduled for a final pretrial hearing and a jury trial on Monday, 12 May 2014, at the Richard Sheppard Arnold United States Courthouse, Courtroom 1-A, 500 West Capitol Avenue, Little Rock, Arkansas.

2.  The Court directs the Arkansas Department of Correction to ensure the attendance of Plaintiff Andrew Reid (ADC#134373),

Varner Supermax Unit, by 8:15 a.m. on 12 May 2014, and each day thereafter until completion of the trial.

    3. The Court further directs the Arkansas Department of Correction to send Reid's complete institutional and medical files with him and to allow Reid to bring any legal papers he wants to court.

    So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 April 2014