IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANDREW REID,
ADC #134373     PLAINTIFF

v.     No. 5:12-cv-338-DPM-JTK

MARK WARNER, Deputy Warden, Cummins
Unit, ADC; CRYSTAL WOODS, Classification Officer,
Cummins Unit, ADC; and VERNON ROBERTSON,
Major, Cummins Unit, ADC     DEFENDANTS

### ORDER

The Court's working drafts of preliminary instructions, final instructions, and verdict forms are attached. Please study them. Be prepared at the 12 May 2014 pretrial to approve, object, and suggest changes as needed. The Court has prepared these drafts based on the parties' helpful submissions and other sources. The Court continues to wrestle with the substantive due process issues.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 May 2014