# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ANDREW REID,**
**ADC #134373**                                                              **PLAINTIFF**

v.                           No. 5:12-cv-338-DPM-JTK

**MARK WARNER, Deputy Warden, Cummins**
**Unit, ADC; CRYSTAL WOODS, Classification Officer,**
**Cummins Unit, ADC; and VERNON ROBERTSON,**
**Major, Cummins Unit, ADC**                                                 **DEFENDANTS**

## ORDER

The parties have informally advised the Court that they have settled. Congratulations. The Final Scheduling Order, № 33, is suspended. The 12 May jury trial is cancelled. The Court vacates its earlier transport Order, № 51. The Court will dismiss the case with prejudice unless a party seeks some relief before 29 May 2014.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 May 2014