IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANDREW REID,
ADC #134373                                                                PLAINTIFF

v.                              No. 5:12-cv-338-DPM

MARK WARNER, Deputy Warden, Cummins
Unit, ADC; CRYSTAL WOODS, Classification Officer,
Cummins Unit, ADC; and VERNON ROBERTSON,
Major, Cummins Unit, ADC                                      DEFENDANTS

## JUDGMENT

Reid's complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
United States District Judge

30 May 2014